UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

RAMONITA FERNANDEZ,

    Plaintiff,

and,

STATE OF WISCONSIN DEPARTMENT
OF HEALTH SERVICES,
MEDICARE, C/O U.S. ATTORNEY'S OFFICE – EASTERN
DISTRICT OF WISCONSIN and
HUMANA INSURANCE COMPANY,

    Involuntary Plaintiffs,

v.

WALMART, INC.,
ABC INSURANCE COMPANY,
WAL-MART REAL ESTATE BUSINESS TRUST and
DEF INSURANCE COMPANY,

    Defendants.

Case No.: 21-cv-01206

## JOINT STIPULATED DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties, through their respective counsel, that this action may be dismissed in its entirety, on the merits, with prejudice and without costs or further notice to any party.

Dated this 16th day of August, 2022.

                **CARLSON, BLAU & CLEMENS, S.C.**
                Attorneys for Plaintiff, Ramonita Fernandez

                By: */ s/ Electronically signed by George E. Chaparas*
                George E. Chaparas, Esq.
                3732 W. Wisconsin Avenue, Suite 300
                Milwaukee, WI 53208
                George.chaparas@yahoo.com


Dated this 16th day of August, 2022.

                **FALK LEGAL GROUP, LLC**
                Attorneys for Involuntary Plaintiff Humana Insurance Company

                By: /s/ *Electronically signed by Katelyn E. Paider*
                Katelyn E. Paider
                1037 N. Astor Street
                Milwaukee, WI 53202
                kpaider@falklegal.com


Dated this 16th day of August, 2022.

                **MWH LAW GROUP, LLP**
                Attorneys for Defendants, Walmart, Inc. and
                Wal-Mart Real Estate Business Trust

                By: /s/ *Electronically signed by Carlos R. Pastrana*
                Carlos R. Pastrana, Esq.
                735 N. Water Street, Suite 610
                Milwaukee, WI 53202
                Carlos.pastrana@mwhlawgroup.com